164 A.3d 410

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. KHAALID FATE (A/K/A KASEEM FATE, KHAHD FATE, KHALIO FATE), DEFENDANT-PETITIONER.

March 23, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–001515–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.